UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8216 FFM | Date | February 5, 2015 |
|---|---|---|---|
| Title | WHISPERS MUSIC, INC., et al. v. UNIDISC MUSIC, INC. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 7, 2014, this Court vacated all trial dates in this action based on the parties' representation that the case was settled. As of the date of this order no dismissal has been filed. Given the foregoing:

Plaintiff is **Ordered to Show Cause**, if any it has, on or before February 19, 2015, why this action should not be dismissed for failure to prosecute. A properly filed dismissal of the action will be a sufficient response to this order.

IT IS SO ORDERED.

                                                                           : _____

Initials of Preparer     JM