Michael J. Emling
California Bar No. 121435
Emling Forensis
8380 Vineyard Drive
Paso Robles, CA 93446
562 491 1400 (TEL)
562 491 3400 (FAX)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| Whispers Music Inc., Walter Scott, Wallace Scott, Nicholas Caldwell, Leavil Degree,<br><br>       Plaintiffs,<br><br>   vs.<br><br>Unidisc Music Inc.,<br><br>       Defendant | Case No.: CV 13-8216 FFM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

  Pursuant to the stipulation of the parties, The actions is dismissed as to all parties with prejudice based upon the settlement of the parties.

It is so ordered:


Date:  February 19, 2015          /S/ FREDERICK F. MUMM
                                  Hon. Frederick Mumm,
                          United States Magistrate Judge